NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-427

STATE OF LOUISIANA

VERSUS

JAMES HENRY JONES

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT,
PARISH OF VERNON, NO. 61,515,
HONORABLE VERNON B. CLARK, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

MICHAEL G. SULLIVAN
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

William E. Tilley
  District Attorney
Terry W. Lambright
  Assistant District Attorney
Post Office Box 1188
Leesville, Louisiana   71446
(337) 239-2008
Counsel for:
       State of Louisiana

Elvin C. Fontenot, Jr.
Attorney at Law
110 East Texas Street
Leesville, Louisiana   71446
(337) 239-2684
Counsel for Defendant:
       James Henry Jones